ORIGINAL

FILED
AUG 30 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **D. GORDON POTTER,** | ) |
| **Plaintiff,** | ) |
| **THE UNITED STATES OF AMERICA** | ) Case No. 05-954T |
| **Defendant.** | ) |

**NOTICE OF DIRECTLY RELATED CASES**

COMES NOW, D. Gordon Potter, Plaintiff, by and through counsel and provides notice pursuant to Court of Federal Claims Rule 40.2 that the contemporaneously filed complaint in this case is directly related to:

D. Gordon Potter v. United States, Fed. Cl. No. 05-837 T (Judge Loren A. Smith) ✓

UNICO SERVICES INC. f/k/a Unico Replacement Parts, Inc. v. United States, Fed. Cl. No. 05-838 T (Judge Victor J. Wolski)

UNICO SERVICES INC. f/k/a Unico Replacement Parts, Inc. v. United States, Fed. Cl. No. __________ (contemporaneously filed complaint)

Plaintiff further provides that these cases contain identical Plaintiffs, similar claims, are based upon identical contracts, and consolidation of these cases will likely conserve judicial resources and promote the efficient determination of the actions.

Date: 8-25-05

RESPECTFULLY SUBMITTED,

By [signature]

Counsel for Plaintiff

**Gasaway & Stientjes LLP**
Robert J. Stientjes
41 S. Old Orchard Ave., Ste. B
Saint Louis, Missouri 63119
(314) 961-3812 telephone
(314) 918-7120 facsimile

Docket No. 05-837 T

This is to certify that a copy of the foregoing Notice of Directly Related Cases was served on counsel for Defendant in docket nos. 05-837 T and 05-838 T by mailing the same on August 25, 2005 in a postage paid wrapper addressed as follows:

Jennifer P. Wilson, Esquire
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044

Date: Aug. 25, 2005

By: Robert J. Stientjes

Robert J. Stientjes

Counsel for Plaintiff

**Gasaway & Stientjes LLP**
41 S. Old Orchard Ave., Ste. B
Saint Louis, Missouri 63119
Telephone: (314) 961-3812
Facsimile: (314) 918-7120