# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * | |
| **D. GORDON POTTER** * | |
| *Plaintiff,* * | Case No. 05-954T |
| v. * | Filed: September 7, 2005 |
| **THE UNITED STATES**, * | Senior Judge Smith |
| *Defendant.* * | |
| * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

It appearing that Plaintiff has not paid the filing fee in the above captioned case, the Court ORDERS Plaintiff to pay the filing fee of $250.00 within 14 days from the date of this order. In the event the filing fee is not paid within 14 days, the case shall be dismissed.

**It is so ORDERED**.

/s/ Loren A. Smith
LOREN A. SMITH
Senior Judge