# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| **D. GORDON POTTER** | * | |
| | * | |
| *Plaintiff,* | * | Case No. 05-954T |
| | * | |
| v. | * | Filed: September 7, 2005 |
| | * | |
| **THE UNITED STATES**, | * | Senior Judge Smith |
| | * | |
| *Defendant*. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

It appearing that Plaintiff has paid the filing fee in the above captioned case, the Court VACATES its previous order.

**It is so ORDERED**.

/s/ Loren A. Smith
LOREN A. SMITH
Senior Judge