IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| D. GORDON POTTER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 05-954 T |
| | ) | (Judge Loren A. Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jennifer P. Wilson attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jennifer P. Wilson, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: September 27, 2005

s/Jennifer P. Wilson

JENNIFER P. WILSON
Justice Department (Tax)
Court of Federal Claims Section
202-307-6495