IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-954 T
(Judge Loren A. Smith)

D. GORDON POTTER,

Plaintiff

v.

THE UNITED STATES,

Defendant

# MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant respectfully moves the Court for an enlargement of thirty (30) days, from October 31, 2005, to and including November 30, 2005, within which to file an answer. This is the first enlargement of time defendant has requested.

As good cause for its motion, defendant states that the undersigned trial attorney has requested, but not yet received the Internal Revenue Service's administrative files pertaining to the defense of this income tax refund case. Without the administrative files, defendant cannot frame meaningful responses to the allegations in the complaint or determine whether any jurisdictional matters or affirmative defenses should be raised in the answer. Following receipt of the administrative files from the Internal Revenue Service, the undersigned trial attorney will require several weeks to review the files and then draft and submit for internal review defendant's answer in this matter.

Defendant's attorney of record spoke with plaintiff's counsel by telephone on October 26, 2005, and counsel stated that plaintiff has no objection to the requested enlargement.

Respectfully submitted,

s/Jennifer P. Wilson

JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6495
FACSIMILE (202) 514-9440
jennifer.p.wilson@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief

David Gustafson
Of Counsel

October 26, 2005