# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *
*
**D. GORDON POTTER** *
*
*Plaintiff*, * Case No. 05-954T
*
v. * Filed: February 14, 2006
*
**THE UNITED STATES**, * Senior Judge Smith
*
*Defendant*. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS the Joint Motion for Enlargement of Time. The Joint Preliminary Status Report (JSPR) shall be filed on or before February 27, 2006.

**It is so ORDERED**.

/s/ Loren A. Smith
LOREN A. SMITH
Senior Judge